| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:08-CR-46 |
| | § | |
| ARTHUR DEWAYNE MCFARLAND | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency to stand trial. After considering the examiner's findings, Judge Giblin filed his report and recommendation on defendant's competency to stand trial. Judge Giblin concluded that Mr. McFarland is competent under 18 U.S.C. § 4241.

The parties have not objected to the magistrate judge's findings and recommendation. The Court accepts the findings in the report and recommendation. The Court **ORDERS** that the report and recommendation on defendant's competency to stand trial (#38) is **ADOPTED.** The Court further **ORDERS** and **FINDS** that defendant Arthur Dewayne McFarland is competent to stand trial pursuant to Title 18, United States Code, Section 4241.

SIGNED at Beaumont, Texas, this 15th day of October, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE